IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BARRY AARON                                                 PLAINTIFF

v.                       No. 6:15-CV-06073

MARSHALL DALE REED, DARYL
GOLDEN, FLOYD MCHAN, LIEUTENANT
MCGEE, SERGEANT COOK, OFFICER
ELKINS, and OFFICER NITZKE, each in both
official and individual capacities                            DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 51) from United States Magistrate Judge Mark E. Ford. Plaintiff Barry Aaron filed objections (Doc. 53) to the report and recommendation. The deadline to respond to the objections has not passed, but no response is necessary. The Court has conducted de novo review of those portions of the report and recommendation to which Plaintiff has objected. 28 U.S.C. § 636(b)(1)(C). Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate's findings and recommendations and the report does not otherwise contain any clear error. The Magistrate's report and recommendation (Doc. 51) is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendants' motion for summary judgment (Doc. 30) is GRANTED and this case is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 21st day of February, 2017.

                                                           /s/ P. K. Holmes, III
                                                           P.K. HOLMES, III
                                                           CHIEF U.S. DISTRICT JUDGE