IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BARRY AARON                                                                                             PLAINTIFF

v.                                              No. 6:15-CV-06073

MARSHALL DALE REED, DARYL
GOLDEN, FLOYD MCHAN, LIEUTENANT
MCGEE, SERGEANT COOK, OFFICER
ELKINS, and OFFICER NITZKE, each in both
official and individual capacities                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 21st day of February, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE